**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1906**

JOYCE E. ROWLEY,

Plaintiff - Appellant,

versus

CITY OF NORTH MYRTLE BEACH; JOHN SMITHSON,
City Manager; JOEL DAVIS, Assistant City
Manager; KEVIN BLAYTON, Public Works Director;
DOUGLAS MADDOCK, Planning and Development
Director; individually and in their
representative capacities as employees of the
City North Myrtle Beach,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(4:06-cv-01873-TLW)

Submitted:  December 13, 2007      Decided:  December 18, 2007

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Joyce E. Rowley, Appellant Pro Se.  Derwood Lorraine Aydlette, III,
Christopher Wofford Johnson, GIGNILLIAT, SAVITZ & BETTIS, Columbia,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce E. Rowley seeks to appeal the district court order consolidating her two cases and denying as moot several pending motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Rowley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Rowley's motion for stay of proceedings and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED